UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CRIM. NO. 25-36 (ADM/SGE)

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Kenneth Ferreira Jaimes (1), and<br><br>Mary Carmen Rubio (2),<br><br>        Defendants. | **ORDER** |

This matter came before the undersigned United States Magistrate Judge on Defendant Kenneth Ferreira Jaimes' Motion for Extension of Time to File Pretrial Motions (Dkt. 34) and Defendant Mary Carmen Rubio's Motion for Extension of Time to File Pretrial Motions (Dkt. 35). Both motions noted no objection from the Government. For good cause shown, Defendants' motions are **GRANTED**.

**IT IS HEREBY ORDERED:**

1) Defendant's pretrial motions must be filed and served consistent with Fed. R. Crim. P. 12(b) and 47 and Local Rule 12.1(c) on or before **April 14, 2025**. Counsel must electronically file a letter on or before **April 14, 2025** if no motions will be filed and there is no need for a hearing.

2) All responses to motions, along with a Notice of Intent to Call Witnesses, must be filed by **April 28, 2025**, in accordance with Local Rule 12.1(c)(3)(A).

3) Any Responsive Notice of Intent to Call Witnesses must be filed by **May 1, 2025**.

4) The motion hearing will be held on **May 13, 2025 at 9:00 a.m.**, pursuant to Federal Rules of Criminal Procedure 12(b) and (c), if:

   a) The United States makes timely disclosures and the Defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

   b) Oral argument is requested by either party in its motion, objection or response pleadings.

5) The arraignment hearing is continued from April 8, 2025 to **May 13, 2025 at 9:00 a.m.**

6) The parties will receive the remaining dates relating to trial by separate order from the Honorable Ann D. Montgomery.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, and at the request of Mr. Ferreira-Jaimes and Ms. Rubio, the period of time from March 13, 2025 through April 13, 2025 shall be excluded from the Speedy Trial Act computations in this case.

All other instructions provided in the Pretrial Scheduling & Case Management Order (Dkt. 28) remain in full effect.

Dated: March 14, 2025              s/Shannon G. Elkins
                                                      Shannon G. Elkins
                                                     U.S. Magistrate Judge