# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

UNITED STATES OF AMERICA,

                              Plaintiff,

v.

Kenneth Ferreira-Jaimes,

                              Defendant

## COURT MINUTES - CRIMINAL

| | |
|---|---|
| Case No: | 25-cr-36(1) ADM/SGE |
| Date: | January 28, 2026 |
| Court Reporter: | Rachel Braun |
| Courthouse: | Minneapolis |
| Courtroom: | 13E |
| Time Commenced: | 1:37 p.m. |
| Time Concluded: | 1:50 p.m. |
| Time in Court: | 13 Minutes |

Before Ann D. Montgomery, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff:  Tom Hollenhorst, AUSA
For Defendant: Steven Wright, CJA
Interpreter: Esperanza Lopez-Dominguez

☒ Sentencing

IT IS ORDERED:
Defendant is sentenced to:

| Count No. | Plea | BOP | SR |
|:---:|:---:|:---:|:---:|
| One | X | 41 months | None |

☒ Defendant sentenced to pay:
    ☒ Special assessment in the amount of $100.
☒ Defendant remanded to the custody of the USM.
*** Count Two is dismissed.
***Doc. Nos. 110, 111 shall remain sealed until January 28, 2046.

s/LPH
Courtroom Deputy